UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/28/20

---

HIMELDA MENDEZ, *and on behalf of all
other persons similarly situated,*

Plaintiff,

v.

BURGER KING CORPORATION,

Defendants.

19-CV-9855 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, discovery in this action is stayed pending resolution

of Defendant's anticipated motion to dismiss the amended complaint. Within one week of the

Court's decision on Defendant's motion to dismiss, the parties shall submit a status letter,

including a revised proposed case management plan.

SO ORDERED.

Dated:    February 28, 2020
         New York, New York

Ronnie Abrams
United States District Judge